```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                     JACKSON DIVISION


BARRETT O. CASTON                                 PETITIONER

VS.                         CIVIL ACTION NO. 3:12-cv-391(DCB)
                            Criminal No. 3:11-cr-20(DCB)

UNITED STATES OF AMERICA                          RESPONDENT
```

<u>ORDER</u>

This cause is before the Court <u>sua</u> <u>sponte</u>, pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings, and having reviewed the petitioner's Motion to Vacate Under 28 U.S.C. § 2255, the Court finds that a response to the motion by the government is required. Accordingly,

IT IS HEREBY ORDERED that the United States Attorney shall file an answer to the plaintiff's motion under 28 U.S.C. § 2255 to vacate, set aside or correct his sentence in criminal action no. 5:00-cr-29(DCB), within thirty (30) days from the date of entry of this Order.

SO ORDERED, this the 26th day of November, 2012.


                              /s/ David Bramlette
                              UNITED STATES DISTRICT JUDGE